UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-05005-MWF (VBKx) | Date | March 27, 2013 |
|---|---|---|---|
| Title | Bahman Rezaipour v. County of Los Angeles, et al. | | |

| Present: The Honorable | Victor B. Kenton, United States Magistrate Judge | |
|---|---|---|
| Roxanne Horan | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS)**

The Court has read and received Defendant County of Los Angeles, Department of Mental Health's ("County") Motion to Quash a deposition subpoena duces tecum directed to non-party Lorraine Gray. The matter was calendared for hearing on April 23, 2013.

On or before Monday, April 8, 2013, Plaintiff will submit its Opposition to County's Motion. Plaintiff will address all objections filed by County on behalf of the deponent. Failure of Plaintiff to address any objections will be deemed acquiescence by Plaintiff with County's position as set forth in its Motion.

If Plaintiff files an Opposition, County may file a Reply on or before April 15, 2013.

Courtesy copies will be delivered to chambers on the date of filing. Other than as permitted in this Order, no further documents may be filed.

Unless it indicates otherwise, The Court will determine the Motion based on the documents filed. Consequently, the Court **VACATES** the hearing now calendared for April 23, 2013.

**IT IS SO ORDERED**.

|  | : |
|---|---|
| Initials of Preparer | RH |